UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILDRED RODRIGUEZ,

        Plaintiff,

-vs-                                  Case No. 6:04-cv-1644-Orl-28KRS

CLASSIC STUDIOS, INC., DIANE DULL,

        Defendants.
_____

## ORDER

This case is before the Court on Motion for Entry of Default Final Judgment (Doc. No. 17) filed August 2, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 29, 2005 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Final Judgment is **DENIED** without prejudice to renew after the merits of the claim are resolved as to Defendant Diane Dull, or alternatively, a default is entered against Dull.

DONE and ORDERED in Chambers, Orlando, Florida this __13__ day of September, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party