UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILDRED RODRIGUEZ,

      **Plaintiff,**

-vs-               Case No. 6:04-cv-1644-Orl-28KRS

CLASSIC STUDIOS, INC., DIANE DULL,

      **Defendants.**

---

# ORDER

This case is before the Court on Plaintiff's Renewed Motion for Entry of Default Final Judgment as to Both Defendants (Doc. 27) filed September 23, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part, denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 5, 2005 (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Entry of Default Final Judgment as to Both Defendants (Doc. 27) is GRANTED in part, and DENIED in part. The Motion is GRANTED as to Count One. A Default judgment shall be entered against CSI and Dull on Plaintiff's FLSA claim for unpaid overtime compensation. The Court ORDERS CSI and Dull to pay

Rodriguez damages, jointly and severally, in the amount of $976.50; attorney's fees in the amount of $1,240.00; and costs in the amount of $383.75. The Motion is DENIED to the extent that it seeks relief as to Count Two, and the Court dismisses the claim for unpaid wages set forth in that count of the Complaint.

3. The Clerk of Court is directed to enter judgment in accordance with this Order, and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __31__ day of October, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party